UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M. DANIELS, II,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNSON, et al.<br><br>  Defendants. | No. 1:19-cv-01601-DAD-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION<br><br>(Doc. No. 10) |

Plaintiff L.M. Daniels, II,[1] proceeding *pro se* and *in forma pauperis*, filed the complaint initiating this action on November 12, 2019. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 17, 2020, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and determined that he had failed to state any cognizable federal claim for relief and that the court lacked jurisdiction over plaintiff's potential state law claims. (Doc. No. 9.) Plaintiff was granted leave to file a first amended complaint to attempt to cure the deficiencies identified by the magistrate judge in the screening order within thirty (30) days after service of that screening order. (*Id*. at 7–8.) Plaintiff was warned that his failure to file a first

---

[1] In his complaint, plaintiff provides his address at Fresno County Jail, but he does not allege whether he was a sentenced prisoner or a pretrial detainee at the time of the events giving rise to his complaint. (*See* Doc. No. 1.)

1

1 | amended complaint in compliance with the screening order would result in a recommendation
2 | that this action be dismissed for failure to state a claim. (*Id*. at 9.) Plaintiff failed to file a first
3 | amended complaint or otherwise respond to the court's screening order.

4 | On June 2, 2020, the magistrate judge issued findings and recommendations
5 | recommending that this action be dismissed with prejudice due to a lack of subject matter
6 | jurisdiction over this action, and plaintiff's failure to state a cognizable claim for relief and obey a
7 | court order. (Doc. No. 10.) The pending findings and recommendations were served on plaintiff
8 | and contained notice that any objections thereto were to be filed within twenty-one (21) days after
9 | service. (*Id.* at 8.) To date, no objections to the findings and recommendations have been filed,
10 | and the time in which to do so has now passed.

11 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
12 | *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
13 | findings and recommendations are supported by the record and by proper analysis.

14 | Accordingly,

15 | 1. The findings and recommendations issued on June 2, 2020 (Doc No. 10) are
16 | adopted in full;
17 | 2. This action is dismissed due to a lack of subject matter jurisdiction, and plaintiff's
18 | failure to state a claim and failure to obey a court order; and
19 | 3. The Clerk of the Court is directed to close this case.

20 | IT IS SO ORDERED.

21 | Dated: **July 21, 2020**  _____
22 | UNITED STATES DISTRICT JUDGE